UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 05-11475GAO

_____
                                           )
James M. Morrissey,                   )
      Plaintiff,                       )
                                           )
v.                                         )
                                           )
Metropolitan Life Insurance Company,   )
      Defendant.                      )
_____)

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

      Please enter my appearance on behalf of the defendant Metropolitan Life Insurance Company in the above-captioned matter.

                                    METROPOLITAN LIFE INSURANCE COMPANY,
                                    By its attorney,

                                    /s/ Constance M. McGrane
                                    Constance M. McGrane  BBO #546745
                                    CONN KAVANAUGH ROSENTHAL PEISCH
                                      & FORD, LLP
                                    Ten Post Office Square
                                    Boston, MA 02109
                                    617-482-8200

DATED: September 19, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each party appearing pro se by mail on September 19, 2005.

/s/ Constance M. McGrane
Constance M. McGrane

235560.1