UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 05-11475GAO

_____
                                    )
James M. Morrissey,                 )
        Plaintiff,                  )
                                    )
v.                                  )
                                    )
Metropolitan Life Insurance Company,)
        Defendant.                  )
_____)

## CERTIFICATION OF METLIFE PURSUANT TO LR 16.1(D)(3)

Defendant Metropolitan Life Insurance Company ("MetLife"), by its attorney and an authorized representative, hereby certifies as follows:

1. MetLife and its counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation.

2. MetLife and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/s/ Louisa S. Ruffine                     /s/ Constance M. McGrane
Louisa S. Ruffine, Esq.                   Constance M. McGrane  BBO #546745
Metropolitan Life Insurance Company       CONN KAVANAUGH ROSENTHAL
27-01 Queens Plaza North                    PEISCH & FORD, LLP
Long Island City, NY 11101                Ten Post Office Square
                                          Boston, MA 02109
                                          617-482-8200

DATED: November 7, 2005

240399.1