UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 05-11475GAO

| | |
|---|---|
| James M. Morrissey,<br>    Plaintiff, | )<br>)<br>)<br>) |
| v. | )<br>) |
| Metropolitan Life Insurance Company,<br>    Defendant. | )<br>)<br>) |

**METLIFE'S STATEMENT REGARDING PRETRIAL MATTERS**

Pursuant to Local Rule 16.1, the Defendant, Metropolitan Life Insurance Company ("MetLife") hereby files this Statement Regarding Pretrial Matters. A draft Joint Statement was provided to the pro se plaintiff, who indicated by telephone message on November 11, 2005, that he did not wish to join in the statement.

1.) Proposed Discovery Plan and Schedule for Motions

MetLife proposes the schedule set forth below for consideration by the Court. MetLife does not wish to conduct phased discovery.

a. Motions to join additional parties and to amend the pleadings must be filed by December 16, 2005.

b. Insofar as this matter solely concerns the Court's review of a claim for benefits under ERISA, which shall be limited to the Court's review of the administrative record, the Court orders that the Defendant provide to Plaintiff on or before December 14, 2005, a copy of the Record for Judicial Review, unredacted except for privileged information and arranged in an orderly fashion, chronologically as

    appropriate. The Defendant is not required to produce any documents or information that is protected by the attorney client privilege or constitutes work product.

c.    Insofar as this matter involves the review of an administrative record whose content will be disclosed as described above, the parties are relieved on any mandatory disclosure requirements under Rule 26 of the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Massachusetts.

d.    Summary Judgment Motions with accompanying memoranda must be filed by March 20, 2006.

2.)    MetLife does not consent to trial by magistrate judge.

3.)    <u>Certifications of the Parties Pursuant to Local Rule 16.1 (3)</u>

    The Certification of MetLife has been filed separately.

4.)    MetLife proposes a trial date of June 26, 2006.

    METROPOLITAN LIFE INSURANCE
COMPANY OF AMERICA,
By its attorneys,

/s/ Constance M. McGrane
James F. Kavanaugh, Jr., Esq. (BBO #262360)
Constance M. McGrane, Esq. (BBO #546745)
CONN KAVANAUGH ROSENTHAL
PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

Dated: November 14, 2005

239990.1

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon (each party appearing pro se and ) the attorney of record for each (other) party by mail (by hand) on 11/14/05

2