UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 05-11475GAO

| | |
|---|---|
| James M. Morrissey,<br>    Plaintiff,<br><br>v.<br><br>Metropolitan Life Insurance Company,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO FILE ADMINISTRATIVE RECORD UNDER SEAL**

Pursuant to this Court's Order on November 16, 2005 and Local Rule 7.2, Metropolitan Life Insurance Company ("MetLife") submits one copy of the Administrative Claim File under seal. As ground for this submission and motion to impound, MetLife states as follows:

1. This is an ERISA case in which plaintiff seeks the Court's review of a claim for benefits.

2. MetLife is submitting a copy of the administrative claim file to the plaintiff, and the Court has requested a copy of these documents.

3. The administrative claim file contains personal identifiers relating to the plaintiff which may not be disclosed without compromising plaintiff's privacy interests. See Electronic Case Filing Administrative Procedures, U.S. District Court of Massachusetts, October 24, 2003; K.

4. The Honorable Judge George A. O'Toole ordered that MetLife submit an unredacted copy of the administrative claim file to the plaintiff, with a full copy to

be filed under seal. In addition, a redacted copy is to be made part of the public file. (See Notes of Scheduling Conference attached as Exhibit A.)

5. The material should be impounded until further order of the Court. Upon the conclusion of the case the unredacted Administrative Record should be destroyed.

MetLife hereby submits 1) a redacted copy of the Administrative Record, for the public file and 2) a full copy of the Administrative Record (Unredacted) TO BE FILED UNDER SEAL.

>Respectfully submitted,
>METROPOLITAN LIFE INSURANCE
>COMPANY OF AMERICA,
>By its attorneys,
>
>/s/ Constance M. McGrane
>James F. Kavanaugh, Jr., Esq. (BBO #262360)
>Constance M. McGrane, Esq. (BBO #546745)
>CONN KAVANAUGH ROSENTHAL
>PEISCH & FORD, LLP
>Ten Post Office Square
>Boston, MA  02109
>(617) 482-8200

Dated: December 13, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each party appearing pro se by mail on December 13, 2005.

/s/ Constance M. McGrane
Constance M. McGrane

242506.1

# EXHIBIT A

**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:05-cv-11475-GAO Morrissey v. Metropolitian Life Insurance Co. "Scheduling Conference"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Lyness, Paul entered on 11/16/2005 at 3:12 PM EST and filed on 11/16/2005
**Case Name:**       Morrissey v. Metropolitian Life Insurance Co.
**Case Number:**    1:05-cv-11475
**Filer:**
**Document Number:**

**Docket Text:**
ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.: Scheduling Conference held on 11/16/2005. Defendant is to file two copies of the Administrative Record by 12/14/05 A full copy is to be filed under seal and a redacted copy is to be made part of the public file. This action is to be referred to the ADR Program. Status Conference set for 1/18/2006 02:00 PM in Courtroom 9 before Judge Judge George A. O'Toole Jr.. (Court Reporter Shelly Killian.) (Lyness, Paul)

The following document(s) are associated with this transaction:

**1:05-cv-11475 Notice will be electronically mailed to:**

Constance M. McGrane    cmcgrane@ckrpf.com

**1:05-cv-11475 Notice will not be electronically mailed to:**

James M. Morrissey
8 Valley Lane
Kingston, NH 03848