UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 05-11475GAO

| | |
|---|---|
| James M. Morrissey,<br>    Plaintiff,<br><br>v.<br><br>Metropolitan Life Insurance Company,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

METROPOLITAN LIFE INSURANCE
COMPANY OF AMERICA,
By its attorneys,

/s/ Constance M. McGrane
James F. Kavanaugh, Jr., Esq. (BBO #262360)
Constance M. McGrane, Esq. (BBO #546745)
CONN KAVANAUGH ROSENTHAL
PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

Dated: December 13, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each party appearing pro se by mail on December 13, 2005.

/s/ Constance M. McGrane
Constance M. McGrane

242517.1