UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 05-11475GAO

|  |  |
|---|---|
| James M. Morrissey,<br>    Plaintiff,<br><br>v.<br><br>Metropolitan Life Insurance Company,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO POSTPONE STATUS CONFERENCE

The parties, James M. Morrissey ("Morrissey") and Metropolitan Life Insurance Company ("MetLife") hereby move that this court postpone the status conference set for April 27, 2006 before Judge George A. O'Toole, Jr. As grounds for this motion, the parties state that a mediation conference has been set for the matter on May 10, 2006. The parties request that this court reschedule the status conference for a date after the mediation conference.

| | |
|---|---|
| Respectfully Submitted,<br>JAMES M. MORRISSEY,<br>Pro se,<br><br>/s/ James M. Morrissey<br>James M. Morrissey<br>8 Valley Lane<br>Kingston, NH  03848<br>(603) 642-4768<br><br><br><br>Dated: April 25, 2006 | Respectfully Submitted,<br>METROPOLITAN LIFE INSURANCE<br>COMPANY,<br>By its attorneys,<br><br>/s/ Constance M. McGrane<br>James F. Kavanaugh, Jr., Esq.  (BBO #262360)<br>Constance M. McGrane, Esq.  (BBO #546745)<br>CONN KAVANAUGH ROSENTHAL<br>PEISCH & FORD, LLP<br>Ten Post Office Square<br>Boston, MA  02109<br>(617) 482-8200<br><br>**CERTIFICATE OF SERVICE**<br><br>I hereby certify that a true copy of the above document was served upon each party appearing pro se by mail on April 25, 2006.<br>/s/ Constance M. McGrane<br>Constance M. McGrane, Esq. |

252511.1