**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

JAMES M. MORRISSEY
              Plaintiff

V.

METROPOLITAN LIFE INS. CO.
              Defendants

CIVIL ACTION

NO.  05-11475-GAO

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE   O'Toole

[ ]  The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]  On May 10, 2006, I held the following ADR proceeding:

    __ SCREENING CONFERENCE    __ EARLY NEUTRAL EVALUATION
    _X_ MEDIATION    __ SUMMARY BENCH / JURY TRIAL
    __ MINI-TRIAL    __ SETTLEMENT CONFERENCE

[X]  All parties were represented by counsel [except _____]

[X]  The parties were present in person, by telephone or by authorized corporate officer

The case was:

[X]  Settled.  A  30  day order of dismissal has been entered.

[ ]  There was progress.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

[ ]  Other: _____

May 10, 2006
DATE

/s/ Kenneth P. Neiman
ADR Provider

KENNETH P. NEIMAN, U.S. Magistrate Judge