UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. MORRISSEY,<br>    Plaintiff<br><br>  v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br>    Defendant | Civil Action No. 05-11475-GAO |

SETTLEMENT ORDER OF DISMISSAL
May 10, 2006

  The court, having been advised on May 10, 2006, that the above-entitled action has been settled;

  IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

              By the Court,

              /s/ Bethaney A. Healy
              Bethaney A. Healy
              Deputy Clerk