UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 05-11475-GAO

| | |
|---|---|
| JAMES M. MORRISSEY,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff, James M. Morrissey and Metropolitan Life Insurance Company hereby stipulate that all claims against defendant be dismissed with prejudice, with all parties to bear their own attorneys' fees and costs, and with rights of appeal waived.

| | |
|---|---|
| JAMES M. MORRISSEY,<br><br>/s/ James M. Morrissey<br>JAMES M. MORRISSEY,<br>8 Valley Lane<br>Kingston, N. H.<br>03848 | METROPOLITAN LIFE INSURANCE COMPANY<br>By its attorneys,<br><br>/s/ Constance M. McGrane<br><br>James F. Kavanaugh, Jr.  BBO #262360<br>Constance M. McGrane  BBO #655178<br>CONN KAVANAUGH ROSENTHAL<br>  PEISCH & FORD, LLP<br>Ten Post Office Square<br>Boston, MA  02109<br>(617) 482-8200 |

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon (each party appearing pro se and ) the attorney of record for each (other) party by mail (by hand) on 5/25/06
/s/ Constance M. McGrane